# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| **Sergio Antonio Marte,** | : | |
| Debtor. | : | Case No. 17-15856 (JKF) |

# ORDER

This ~~1st~~ 2nd day of March, 2018, upon consideration of the debtor's Objection to TD Retail Card Services Proof of Claim #4-2 in the amount of $12,547.00 (the "Objection") and a hearing on said Objection having been held on March 1, 2018,

It is hereby **ordered** that Proof of Claim #4-2 is reclassified as an unsecured claim.

_____
JEAN K. FITZSIMON
United States Bankruptcy Judge

,