United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Sergio Antonio Marte  
      Debtor

Case No. 17-15856-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Antoinett      Page 1 of 1      Date Rcvd: Mar 02, 2018  
                      Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2018.  
db          +Sergio Antonio Marte,   3758 L Street,   Philadelphia, PA 19124-5530

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2018      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2018 at the address(es) listed below:  
        FREDERICK L. REIGLE   ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        KATE ROGGIO BUCK   on behalf of Creditor   Capital One, N.A. KBuck@mccarter.com  
        MATTEO SAMUEL WEINER   on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
        POLLY A. LANGDON   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        ROBERT J. LOHR, II   on behalf of Debtor Sergio Antonio Marte bob@lohrandassociates.com, leslie@lohrandassociates.com;r59687@notify.bestcase.com;cyndy@lohrandassociates.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
      TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re** | : | **Chapter 13** |
| **Sergio Antonio Marte,** | : | |
| **Debtor.** | : | **Case No. 17-15856 (JKF)** |

_____

## **ORDER**

This ~~1st~~ 2nd day of March, 2018, upon consideration of the debtor's Objection to TD Retail Card Services Proof of Claim #4-2 in the amount of $12,547.00 (the "Objection") and a hearing on said Objection having been held on March 1, 2018,

It is hereby **ordered** that Proof of Claim #4-2 is reclassified as an unsecured claim.

_[signature]_

_____
JEAN K. FITZSIMON
United States Bankruptcy Judge

,