UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

SERGIO ANTONIO MARTE
                                                    : Bankruptcy No. 17-15856JKF
        Debtor(s)                            : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

*Jean K. FitzSimon*

Jean K. FitzSimon, B. J.

**Date: April 18, 2018**

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

ROBERT J LOHR II ESQ
LOHR & ASSOCIATES LTD
1246 W CHESTER PIKE STE 312
WEST CHESTER PA 19382-

SERGIO ANTONIO MARTE
3758 L STREET
PHILADELPHIA,PA.19124