17-15856-JKF  DISM 4/18/18

# Invoice

**Vel-Mac, Inc.**
20 Stewart Place
Fairfield, NJ 07004-1631

Questions? Contact Us
Tel: 973-439-0040
Fax: 973-439-0039
vms@velmac.com
www.velmac.com

| Date | Invoice # |
|---|---|
| 1/23/2019 | I0122998 |

| Bill To |
|---|
| S & F Meat |
| Market Place |
| 1240 East Erie avenue |
| Philadelphia, NJ 19124 |
| USA |

| Ship To |
|---|
| MARKET PLACE |
| 1240 East Erie avenue |
| Philadelphia, NJ 19124 |
| USA |
| |
| Contact Tel: 267-731-6851 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Account # |
|---|---|---|---|---|---|---|
|  | Net 21 Days | MAR01 | 1/23/2019 | Our Truck | Destination | 10152424 |

| Item Code | Description | Quantity | U/M | Price Each | Amount |
|---|---|---|---|---|---|
| CO-09837-1 | Coco Lopez Coconut Milk 24/13.5oz | 5 | cs | 23.95 | 119.75 |
| CO-09830-1 | Coco Lopez Coconut Cream 24/15oz | 10 | cs | 38.00 | 380.00 |
| KE-93772-1 | Frosted Flakes Cereal 14/33oz | 1 | cs | 75.86 | 75.86 |
| NA-00008-1 | Native Sweet Turbinado Sugar 18 / 2lb | 1 | cs | 40.10 | 40.10 |
| BA-00557-1 | Batey Turbinado Sugar 18/2 lb | 1 | cs | 32.50 | 32.50 |
| BA-00559-1 | Batey Turbinado Sugar 10/5 lb | 1 | cs | 43.99 | 43.99 |
| GM-10720-1 | Gmkt All Purpose 18/2 lb | 1 | cs | 24.99 | 24.99 |
| GM-12610-1 | Gmkt All Purpose 8/5 lb | 1 | cs | 19.29 | 19.29 |
| NE-17271-1 | Klim Powder Milk 6/3.52 lb | 3 | cs | 85.95 | 257.85 |
| NE-24460-2 | Nesquik Strawberry Syrup 6/22 oz | 2 | cs | 10.19 | 20.38 |
| NE-24500-2 | Nesquik Chocolate Syrup 6/22 oz | 2 | cs | 10.19 | 20.38 |
| NE-36120-1 | Nesquik Chocolate Mexican Can Powder 12/14.1oz | 1 | cs | 30.25 | 30.25 |
| NE-36130-1 | Nesquik Strawberry Mexican Can Powder 12/14.1oz | 1 | cs | 30.25 | 30.25 |
| NE-30162-1 | Coffee Mate Powder 12/16oz | 1 | cs | 32.75 | 32.75 |
| NE-39758-1 | Nestle Hcm Rich Milk Chocolate 12(6X0.71 oz) | 0 | cs | 9.95 | 0.00 |
| NE-39760-1 | Nestle Hcm Mini Marshmallow 12(6X0.71 oz) | 2 | cs | 9.95 | 19.90 |
| NE-47110-1 | Nescafe Clasico 6/3.5 oz | 2 | cs | 19.95 | 39.90 |
| KE-19904-1 | Frosted Flakes 16/13.5 oz | 1 | cs | 51.00 | 51.00 |
| KE-19906-1 | Frosted Flakes 12/19.2 oz | 1 | cs | 45.20 | 45.20 |
| KE-18177-1 | Frosted Flakes 12/24.0 oz | 0 | cs | 53.24 | 0.00 |
| KE-00122-1 | Corn Flakes 12/18oz | 2 | cs | 46.88 | 93.76 |
| KE-76574-1 | Sp K Chocolate Almond 10/12.7 Z | 1 | cs | 31.50 | 31.50 |
| KE-78666-1 | Special K Chocolate 14/13.1 oz | 1 | cs | 44.50 | 44.50 |
| KE-78706-1 | Special K Fruit N Yogurt 14/12.5 oz | 1 | cs | 44.50 | 44.50 |
| KE-14382-1 | Special K Fruit N Yogurt 8/19.1 oz | 1 | cs | 30.92 | 30.92 |
| KE-14388-1 | S K Red Berries 8/16.9 oz | 1 | cs | 30.92 | 30.92 |
| KE-01622-1 | Special K 12/18 oz | 1 | cs | 46.80 | 46.80 |
| KE-18171-1 | Froot Loops 12/19.4oz | 0 | cs | 53.74 | 0.00 |
| KE-93767-1 | Froot Loops 14/26oz | 1 | cs | 75.86 | 75.86 |
| KE-39108-1 | Corn Pops 16/12.5 oz | 1 | cs | 53.72 | 53.72 |

**Total**

Delivery_Instructions

MAR 26 2019
TIMOTHY McGRATH, CLERK

Page 1

# Invoice

**Vel-Mac, Inc.**
20 Stewart Place
Fairfield, NJ 07004-1631

Questions? Contact Us
Tel: 973-439-0040
Fax: 973-439-0039
vms@velmac.com
www.velmac.com

| Date | Invoice # |
|---|---|
| 1/23/2019 | I0122998 |

### Bill To
S & F Meat
Market Place
1240 East Erie avenue
Philadelphia, NJ 19124
USA

### Ship To
MARKET PLACE
1240 East Erie avenue
Philadelphia, NJ 19124
USA

Contact Tel: 267-731-6851

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Account # |
|---|---|---|---|---|---|---|
|  | Net 21 Days | MAR01 | 1/23/2019 | Our Truck | Destination | 10152424 |

| Item Code | Description | Quantity | U/M | Price Each | Amount |
|---|---|---|---|---|---|
| KE-19871-1 | Corn Pops 16/10.0 oz | 0 | cs | 51.00 | 0.00 |
| KE-19874-1 | Corn Pops 12/14.6 oz | 1 | cs | 45.20 | 45.20 |
| KE-18179-1 | Corn Pops 12/19.1oz | 0 | cs | 53.74 | 0.00 |
| KE-39130-1 | Apple Jacks 12/8.7 oz | 1 | cs | 35.12 | 35.12 |
| KE-39133-1 | Apple Jacks 16/12.2 oz | 1 | cs | 53.72 | 53.72 |
| KE-20003-1 | Rice Krispies 12/18.0 oz | 1 | cs | 46.80 | 46.80 |
| KE-19924-1 | Krave Chocolate 10/11.4 oz | 1 | cs | 31.50 | 31.50 |
| GM-12479-1 | Honey Nut Cheerios 12/10.8 oz | 1 | cs | 39.68 | 39.68 |
| GM-12683-1 | Lucky Charms 12/19.3 OZ | 1 | cs | 52.40 | 52.40 |
| GM-41485-2 | Trix XL 8/18.4 oz | 1 | cs | 33.63 | 33.63 |
| GM-27532-1 | Trix 12/10.7 oz | 1 | cs | 34.37 | 34.37 |
| GM-41481-1 | Cocoa Puffs 12/20.9 oz | 1 | cs | 48.17 | 48.17 |
| GM-27568-1 | Cocoa Puffs 14/16.5 oz | 1 | cs | 49.35 | 49.35 |
| GM-27511-1 | Cocoa Puffs 12/11.8 oz | 1 | cs | 34.40 | 34.40 |
| GM-27575-1 | Cookie Crisp 14/15.6 oz | 1 | cs | 51.57 | 51.57 |
| GM-12593-1 | Cinnamon Toast 10/16.8 oz | 1 | cs | 39.50 | 39.50 |
| PO-01425-1 | Post HBO Almond 12/14.5 Z | 1 | cs | 41.28 | 41.28 |
| PO-00248-1 | Post HBO Almond 12Ct/18 oz | 1 | cs | 47.24 | 47.24 |
| PO-01424-1 | Post HBO Honey Roasted 12C/14.5oz | 1 | cs | 41.28 | 41.28 |
| PO-00247-1 | Post HBO Hney Roasted 12Ct/18 oz | 1 | cs | 47.24 | 47.24 |
| PO-01786-1 | Post HBO Vanilla Bnches 12C/18Z | 1 | cs | 41.28 | 41.28 |
| ST-11012-1 | Stauffer s Animal Crackers 12/11 oz | 1 | cs | 11.50 | 11.50 |
| ST-11037-1 | Stauffer s Bear Jug 12/1.5 lb | 3 | cs | 37.50 | 112.50 |
| CH-00012-1 | CHIFLE S PORK RINDS -ORIGINAL SMOKEHOUSE 12/3OZ | 0 | cs | 18.48 | 0.00 |
| CH-00010-1 | CHIFLE S PORK CRACKLING 24/5OZ | 0 | cs | 55.87 | 0.00 |
| CH-00002-1 | CHIFLE S ORIGINAL PLANTAIN CHIPS 12/5OZ | 1 | cs | 17.40 | 17.40 |
| VI-01303-1 | Vigo Yellow Rice 12/10 oz | 1 | cs | 12.75 | 12.75 |
| VI-01309-1 | Vigo Yellow Rice 12/16 oz | 1 | cs | 19.15 | 19.15 |
| ME-00550-1 | Costera Extra Coarse #16 Corn Meal -6/4LB | 1 |  | 12.68 | 12.68 |

**Total**

Delivery_Instructions

# Invoice

**Vel-Mac, Inc.**
20 Stewart Place
Fairfield, NJ 07004-1631

**Questions? Contact Us**
Tel: 973-439-0040
Fax: 973-439-0039
vms@velmac.com
www.velmac.com

| Date | Invoice # |
|---|---|
| 1/23/2019 | 10122998 |

### Bill To
S & F Meat
Market Place
1240 East Erie avenue
Philadelphia, NJ 19124
USA

### Ship To
MARKET PLACE
1240 East Erie avenue
Philadelphia, NJ 19124
USA

Contact Tel: 267-731-6851

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Account # |
|---|---|---|---|---|---|---|
|  | Net 21 Days | MAR01 | 1/23/2019 | Our Truck | Destination | 10152424 |

| Item Code | Description | Quantity | U/M | Price Each | Amount |
|---|---|---|---|---|---|
| ME-00551-1 | Costera Fine Corn Meal -6/4LB | 1 |  | 11.68 | 11.68 |
| ME-00538-1 | Costera Bulgur Wheat/Kiepe-Ble -6/4LB | 1 |  | 13.25 | 13.25 |
| ME-00520-1 | Costera Instant Oats/Avena -6/40oz | 1 |  | 10.85 | 10.85 |
| ME-00522-1 | Costera Old Fashioned Oats/Avena -8/32oz | 1 |  | 11.50 | 11.50 |
| GM-29601-1 | Lucky Charms Cereal Cup -12Ct 12/1.7 oz | 1 | cs | 9.95 | 9.95 |
| KE-12570-1 | Froot Loops Cereal Cups 12/1.5 oz | 1 | cs | 9.95 | 9.95 |
| KE-12572-1 | Frosted Flakes Cereal Cups 12/2.1 oz | 1 | cs | 9.95 | 9.95 |
| BI-02157-1 | Bijol Condiment Coloring 12/10oz. | 1 | cs | 71.95 | 71.95 |
| BI-02156-1 | Bijol Condiment Coloring 12/4oz. | 1 | cs | 31.95 | 31.95 |
| BI-41343-1 | Bijol Condiment Coloring 12/2oz. | 1 | cs | 16.95 | 16.95 |
|  | Case Count and Amount Totals | 84 |  |  | 2,934.51 |

**Total** $2,934.51

Delivery_Instructions

*074909962*
03/01/2019
99001327

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON-A
NOT SUFFICIENT FUNDS

NSF

**S F MEAT CORP** 07-17
1240 E ERIE AVE
PHILADELPHIA, PA 19124

No. 2642
55-136/312
633

DATE 2/28/19

PAY TO THE ORDER OF __Velmac__   $ 2934.51

two thousand nine hundred thirty four 51/xx DOLLARS

**TD Bank**
America's Most Convenient Bank®

FOR INV. 10122998

⑆002642⑆ ⑈031201360⑈ 434148730 7⑈ ⑆000029345 1⑆